AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MICHAEL R. MCNEIL <br> *Plaintiff(s)* <br> v. <br> 7-ELEVEN, INC., d/b/a A PLUS STORE #40463H <br> *Defendant(s)* | Civil Action No. 6:19-cv-2438-ORL-37GJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  7-ELEVEN, INC.
CORPORATE CREATIONS NETWORK INC. - Registered Agent
11380 PROSPERITY FARMS RD
# 221E
PALM BEACH GARDENS, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #604
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 30, 2019

*BiancaAcevedo*
*Signature of Clerk or Deputy Clerk*